# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 10, 2026
Nathan Ochsner, Clerk of Court

No. 25-20515

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

JOSE FRANCISCO GARCIA,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-MJ-613-1
USDC No. 4:25-CR-602-1

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of March 10, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*S. Rasheed*

By: _____
Shatyra Rasheed, Deputy Clerk

No. 25-20515

ENTERED AT THE DIRECTION OF THE
COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 10, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 25-20515    USA v. Garcia
                     USDC No. 4:25-MJ-613-1
                     USDC No. 4:25-CR-602-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Shatyra Rasheed, Deputy Clerk
                     504-310-7646

cc:
    Mr. Philip G. Gallagher
    Ms. Rosa Victoria Garcia-Cross
    Ms. Carmen Castillo Mitchell
    Ms. Tatiana Patricia Obando